```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-01662-JJT
Arthur Fields                                                   Chapter 13
Eunice Mae Fields
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: AGarner           Page 1 of 1          Date Rcvd: Apr 17, 2017
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
jdb              +Eunice Mae Fields,     144 Seminole Trail,    Tobyhanna, PA 18466-7896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              George Robert Hludzik    on behalf of Creditor   Pocono Farms Country Club Association, Inc.
               georgeh@slusserlawfirm.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Joint Debtor Eunice Mae Fields kdiddio@diddiolaw.com,
               kdiddio@gmail.com
              Kim M Diddio    on behalf of Debtor Arthur  Fields kdiddio@diddiolaw.com, kdiddio@gmail.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | |
| ARTHUR FIELDS aka Fields, Arthur L. aka Fields, Arthur Lee | |
| EUNICE MAE FIELDS aka Fields, Eunice aka Fields, Eunice M. | Chapter 13 |
| Debtor(s) | Case Number: 5-14-bk-01662-JJT |
| JPMORGAN CHASE BANK, N.A. | |
| Movant(s) | |
| v. | |
| ARTHUR FIELDS aka Fields, Arthur L. aka Fields, Arthur Lee | Document No.: 46 |
| EUNICE MAE FIELDS aka Fields, Eunice aka Fields, Eunice M. | |
| CHARLES DEHART, III, Standing Chapter 13 Trustee | |
| Respondent(s) | Nature of Proceeding: Motion to Approve Loan Modification |

## ORDER

Inasmuch as the Motion of JPMorgan Chase Bank, N.A. to Approve Loan Modification contradicts paragraph 2.B. of the Debtors' confirmed Chapter 13 Plan barring modifications of the mortgage, further consideration of this Motion will be deferred pending modification of the Plan.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)

Date: April 17, 2017

MDPA-CSiskBlankOrder.WPT REV 08/12