UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ARTHUR FIELDS
AKA: ARTHUR L. FIELDS, ARTHUR LEE
FIELDS
EUNICE MAE FIELDS
AKA: EUNICE FIELDS, EUNICE M. FIELDS
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-14-01662-JJT

vs.

ARTHUR FIELDS
AKA: ARTHUR L. FIELDS, ARTHUR LEE
FIELDS   EUNICE MAE FIELDS
AKA: EUNICE FIELDS, EUNICE M. FIELDS
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 10, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

    Respectfully submitted,

    s/ Charles J. DeHart, III
    Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ARTHUR FIELDS
AKA: ARTHUR L. FIELDS, ARTHUR LEE FIELDS
EUNICE MAE FIELDS
AKA: EUNICE FIELDS, EUNICE M. FIELDS

CHAPTER 13

Debtor(s)

CASE NO: 5-14-01662-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
June 6, 2017 at 9:00 am
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA

**HEARING:**
June 6, 2017 at 09:35 AM
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before: **05/30/2017**.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1052.00**
**AMOUNT DUE FOR THIS MONTH: $526.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1578.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

Case 5:14-bk-01662-JJT    Doc 49    Filed 05/10/17    Entered 05/10/17 13:29:21    Desc
Page 2 of 5

If **submitting payment by U.S. First Class Mail** mail to**:**
   CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                                                                            Charles J. DeHart, III, Trustee
                                                                            8125 Adams Drive, Suite A
                                                                            Hummelstown, PA  17036
                                                                            Phone:  (717) 566-6097

Dated:  May 10, 2017

Case 5:14-bk-01662-JJT    Doc 49    Filed 05/10/17    Entered 05/10/17 13:29:21    Desc
                                    Page 3 of 5

IN RE: ARTHUR FIELDS
AKA: ARTHUR L. FIELDS, ARTHUR LEE FIELDS
EUNICE MAE FIELDS
AKA: EUNICE FIELDS, EUNICE M. FIELDS

CHAPTER 13

CASE NO: 5-14-01662-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on May 10, 2017.

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA 18360-

ARTHUR FIELDS
EUNICE MAE FIELDS
144 SEMINOLE TRAIL
TOBYHANNA, PA 18466

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 10, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ARTHUR FIELDS
AKA: ARTHUR L. FIELDS, ARTHUR LEE FIELDS
EUNICE MAE FIELDS
AKA: EUNICE FIELDS, EUNICE M. FIELDS

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-14-01662-JJT

vs.

ARTHUR FIELDS
AKA: ARTHUR L. FIELDS, ARTHUR LEE FIELDS
EUNICE MAE FIELDS
AKA: EUNICE FIELDS, EUNICE M. FIELDS

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.