UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ARTHUR FIELDS<br>EUNICE MAE FIELDS | CASE NO: 5:14-BK-01662<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/21/2017, I did cause a copy of the following documents, described below,

Motion to Amend Plan After Confirmation,

Exhibit A - Proposed Second Amended Plan

Proposed Order

Notice of Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/21/2017

/s/ Kim M. Diddio, Esq.
Kim M. Diddio, Esq. 86708
Kim Diddio Attorney at Law
17 North Sixth Street
Stroudsburg, PA 18360
570 801 1336
kdiddio@diddiolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ARTHUR FIELDS
EUNICE MAE FIELDS

CASE NO: 5:14-BK-01662

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 6/21/2017, a copy of the following documents, described below,

Motion to Amend Plan After Confirmation,

Exhibit A - Proposed Second Amended Plan

Proposed Order

Notice of Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/21/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim Diddio Attorney at Law
Kim M. Diddio, Esq.
17 North Sixth Street
Stroudsburg, PA  18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03145
   CASE 5-14-BK-01662-JJT
   MIDDLE DISTRICT OF PENNSYLVANIA
   WILKES-BARRE
   WED JUN 21 12-54-57 EDT 2017

2  AFNI INC
   PO BOX 3427
   BLOOMINGTON IL 61702-3427

3  AFNI INC
   ATTN BANKRUPTCY
   PO BOX 3097
   BLOOMINGTON IL 61702-3097

4  AMERICAN INFOSOURCE LP AS AGENT FOR
   MIDLAND FUNDING LLC
   PO BOX 268941
   OKLAHOMA CITY OK 73126-8941

5  AMERICAN INFOSOURCE LP AS AGENT FOR
   VERIZON
   PO BOX 248838
   OKLAHOMA CITY OK 73124-8838

6  BERKHEIMER TAX ADMINISTRATOR
   PO BOX 995
   50 N SEVENTH STREET
   BANGOR PA 18013-1731

7  BURTON NEIL  ASSOC
   1060 ANDREW DRIVE SUITE 170
   WEST CHESTER PA 19380-5600

8  CAP ONE
   PO BOX 30253
   SALT LAKE CITY UT 84130-0253

9  CHASE BANK
   ATTN BANKRUPTCY
   PO BOX 15298
   WILMINGTON DE 19850-5298

10  CHASE MANHATTAN MORTGAGE
    ATTN BANKRUPTCY DEPT
    3415 VISION DR
    COLUMBUS OH 43219-6009

11  CHASE MHT BK
    ATTENTION BANKRUPTCY
    PO BOX 15298
    WILMINGTON DE 19850-5298

12  CHARLES J DEHART III TRUSTEE
    8125 ADAMS DRIVE SUITE A
    HUMMELSTOWN PA 17036-8625

13  KIM M DIDDIO
    17 N 6TH STREET
    STROUDSBURG PA 18360-2177

14  DISCOVER BANK
    DB SERVICING CORPORATION
    PO BOX 3025
    NEW ALBANY OH 43054-3025

15  DISCOVER FINANCIAL SERVICES LLC
    PO BOX 3025
    NEW ALBANY OH 43054-3025

*DEBTOR*

16  ARTHUR FIELDS
    144 SEMINOLE TRAIL
    TOBYHANNA PA 18466-7896

17  EUNICE MAE FIELDS
    144 SEMINOLE TRAIL
    TOBYHANNA PA 18466-7896

18  FIRST PREMIER BANK
    3820 N LOUISE AVE
    SIOUX FALLS SD 57107-0145

19  JOSHUA I GOLDMAN
    KML LAW GROUP PC
    701 MARKET STREET
    SUITE 5000
    PHILADELPHIA PA 19106-1541

20  HARVEST CREDIT MANAGEMENT V LLC
    A COLORADO LIMITED LIABILITY CORP
    600 17TH STREET STE 850 SO
    DENVER CO 80202-5402

21  GEORGE ROBERT HLUDZIK
    HLUDZIK LAW OFFICES PC
    1620 NORTH CHURCH STREET
    SUITE 1
    HAZLETON PA 18202-9509

22  HYAT HYAT  LANDAU LLC
    PO BOX 500
    EATONTOWN NJ 07724-0500

23  JPMORGAN CHASE BANK NA
    3415 VISION DRIVE
    OH4-7142
    COLUMBUS OH 43219-6009

24  MIDLAND FUNDING
    8875 AERO DR STE 200
    SAN DIEGO CA 92123-2255

25  NY DOWNTOWN SURGICAL ASSOC
    PO BOX 843381
    BOSTON MA 02284-3381

26  NEW YORK DOWNTOWN HOSPITAL
    575 LEXINGTON AVE STE 540
    NEW YORK NY 10022-6145

27  PA HOUSING FINANCE AGENCY
    PO BOX 15206
    HARRISBURG PA 17105-5206

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  POCONO FARMS COUNTRY CLUB        29  POCONO FARMS COUNTRY CLUB        30  POCONO FARMS COUNTY CLUB ASSOC
ASSOCIATION INC                       ASSOCIATION INC                      7000 LAKE ROAD
 HLUDZIK LAW OFFICES PC                182 LAKE ROAD                       TOBYHANNA PA 18466-8948
 67 WEST BUTLER DRIVE                  TOBYHANNA PA 18466-8033
 DRUMS PA 18222-2308


31  THOMAS I PULEO                   32  SACOR FINANCIAL INC              33  UNITED STATES TRUSTEE
 KML LAW GROUP PC                     1911 DOUGLAS BLVD 85205              228 WALNUT STREET SUITE 1190
 701 MARKET STREET                    ROSEVILLE CA 95661-3811              HARRISBURG PA 17101-1722
 SUITE 5000
 PHILADELPHIA PA 19106-1541


34  VERIZON                          35  JAMES WARMBRODT
 500 TECHNOLOGY DR STE 30             701 MARKET STREET SUITE 5000
 WELDON SPRING MO 63304-2225          PHILADEPHIA PA 19106-1541
```