## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

|  |  |
|---|---|
| ARTHUR  FIELDS | Case No.: 5-14-01662-RNO |
| EUNICE MAE FIELDS | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 9278 |
| Property Address if applicable: | 144 SEMINOLE TRAIL, , TOBYHANNA, PA18466 |

**PART 2:                                CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,508.60 |
| b. | Prepetition arrearages paid by the Trustee: | $1,933.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,933.25 |

**PART 3:                    POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:                    A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  May 21, 2019                                        Respectfully submitted,


                                                            s/ Charles J. DeHart, III, Trustee
                                                            Standing Chapter 13 Trustee
                                                            Suite A, 8125 Adams Drive
                                                            Hummelstown, PA  17036
                                                            Phone:  (717) 566-6097
                                                            Fax:  (717) 566-8313
                                                            eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  JPMORGAN CHASE BANK, NA
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0040 | 9002431 | 11/04/2015 | $53.55 | $0.00 | $53.55 |
| 0040 | 9002572 | 12/03/2015 | $144.45 | $0.00 | $144.45 |
| 0040 | 9002735 | 02/03/2016 | $144.45 | $0.00 | $144.45 |
| 0040 | 9002816 | 03/02/2016 | $288.90 | $0.00 | $288.90 |
| 0040 | 9002906 | 04/06/2016 | $144.46 | $0.00 | $144.46 |
| 0040 | 9002990 | 05/04/2016 | $144.45 | $0.00 | $144.45 |
| 0040 | 9003154 | 07/07/2016 | $144.45 | $0.00 | $144.45 |
| 0040 | 9003233 | 08/04/2016 | $144.45 | $0.00 | $144.45 |
| 0040 | 9003394 | 10/05/2016 | $146.29 | $0.00 | $146.29 |
| 0040 | 9003475 | 11/02/2016 | $146.29 | $0.00 | $146.29 |
| 0040 | 9003559 | 12/06/2016 | $287.68 | $0.00 | $287.68 |
| 0040 | 9003637 | 01/12/2017 | $143.83 | $0.00 | $143.83 |
| 0040 | 9003720 | 02/08/2017 | $143.84 | $0.00 | $143.84 |
| 0040 | 9003797 | 03/09/2017 | $143.84 | $0.00 | $143.84 |
| 0040 | 9003952 | 05/11/2017 | $143.84 | $0.00 | $143.84 |
| 0040 | 9004031 | 06/13/2017 | $143.83 | $0.00 | $143.83 |
| 0040 | 0 | 05/03/2018 | $-575.35 | $0.00 | $-575.35 |

Re:

| | |
|---|---|
| ARTHUR  FIELDS | Case No.: 5-14-01662-RNO |
| EUNICE MAE FIELDS | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 21, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

KIM M DIDDIO ESQUIRE                           SERVED ELECTRONICALLY
17 N 6TH STREET
STROUDSBURG PA,   18360-


CHASE RECORD CENTER                           SERVED BY 1ST CLASS MAIL
ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA,   71203


ARTHUR  FIELDS                                 SERVED BY 1ST CLASS MAIL
EUNICE MAE FIELDS
144 SEMINOLE TRAIL
TOBYHANNA, PA  18466


I certify under penalty of perjury that the foregoing is true and correct.


Date: May 21, 2019                             s/   Donna Schott
                                               Charles J. DeHart, III, Trustee
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA  17036
                                               Phone:  (717) 566-6097
                                               Fax:  (717) 566-8313
                                               eMail:  dehartstaff@pamd13trustee.com