Certificate Number: 15317-PAM-DE-033085549

Bankruptcy Case Number: 14-01662


15317-PAM-DE-033085549

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2019</u>, at <u>8:32</u> o'clock <u>PM PDT</u>, <u>Arthur Fields</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 9, 2019</u>        By:    <u>/s/Julie Dumlao</u>

                            Name:  <u>Julie Dumlao</u>

                            Title: <u>Counselor</u>