United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Arthur Fields
Eunice Mae Fields
      Debtors

Case No. 14-01662-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: DGeorge      Page 1 of 1      Date Rcvd: Jul 16, 2019
                     Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db/jdb      +Arthur Fields,    Eunice Mae Fields,    144 Seminole Trail,    Tobyhanna, PA 18466-7896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         George Robert Hludzik    on behalf of Creditor    Pocono Farms Country Club Association, Inc.
   georgeh@slusserlawfirm.com
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
         Kim M Diddio    on behalf of Debtor 1 Arthur   Fields kdiddio@diddiolaw.com,
   kdiddio@gmail.com;r52326@notify.bestcase.com
         Kim M Diddio    on behalf of Debtor 2 Eunice Mae Fields kdiddio@diddiolaw.com,
   kdiddio@gmail.com;r52326@notify.bestcase.com
         Thomas J Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                     TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Arthur Fields,<br>aka Arthur L Fields, aka Arthur Lee Fields, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:14–bk–01662–RNO |
| Eunice Mae Fields,<br>aka Eunice Fields, aka Eunice M Fields, | | |
| **Debtor 2** | | |

Social Security No.:

xxx–xx–5533          xxx–xx–3162

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 16, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

**fnldec** (05/18)